*use as original*

1. Tyrrall Farrow Cannon
2. CDCR# T-91710
3. Ironwood State Prison
4. P.O. Box 2199
5. Blythe, California. 92226

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO BY [initials]
Court ✓ ProSe

FILED
MAY 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 CV 0834 L JMA

Office of the Attorney General.
Initiative Coordinator.

Tyrrall Farrow Cannon
    Complainant.                     07-0100.
        v.                           Amdt. # 4 N 5
Knights of the Ku Klux Klan's.
State of California, Counties of    Violation of the
San Diego, Orange, Riverside,        Ku Klux Klan Act.
San Bernardino, and Los              42 USCA § 1985. et seq.
Angeles Supervising Counsel's,       Communist Control
and Majors. et al.                   Act. 50 USCA § 841.
                                     Homeland Security
        Respondents.                 Act. 6 USCA § 101 et seq
                                     Cause of action.
                                     Slavery, Genocide
                                     Kidnapping Conspiracy

### Other Parties.

John Doe's, Dr. Henry Nicholus, Ms. Marcella Leach, Ms. La Wanda Hawkins, Ashlee N. Titus and Divers.

### Facts.

It is well establish by criminal case and laws and laws to exclude that there exist communist conspiracies and within the administration of Justice, that their is an conspiracy by white subversive people with the aim to put down the constitution of the United States by the use of mid-range or second class citizens to be employed into the scheme of Justice to give aid and comfort to an ongoing Political scheme by force and fear in relation to teaching and techques of the Ku Klux Klan, and or communist activities of white supremcy dictator Hitler. That subjects citizens to Program systematicly designed to give aid comfort, sanctuary to the emeny (see California Government Code 1027.5 (a)(c)) (see exh #1 pg

Wherefore in the facts and finding of California legislative Counsel, there exist no clear intentional, abuse of priviledge knowingly, intelligently by Poor, citizen to confine, or to intentional hinder, impede, defeat no other citizen by no other design then

2

of being victims themselves to a political enterprise. Programs, that cause depression by oppressive schemes and plans, under the spirit of ku klux klansism, or and nazism that imposed upon Tax payer by force and fear to call to an vote for the purpose of a major scheme against the United States and Tax payer to pay for an additional private, secret, criminal empire lead by the Millioniar Club, better know as United States Senator and its agents under John McCain "nct" nuclear option, and Pete Wilson former Governor scheme to cause Swon California Justice's "Judge's" to legislate from the bench after the passing of (Prop. 8 1982.) (See information on Reagan & U.S. Supreme Court Justice Sandra D. O'Connor. 1982.) (Also see opinion of Judge's in 1994 Los Angeles Times on or about March 07-1994.)

  Wherefore Jobs, housing, employment, have been hinder, impeded, defeated by A war over sees, funded by citizens of the United States
  even Communist Members have no problem with giving a false oath. Most don't believe in a God. Jesus said that there is A god of this system whom is satan. (See 2 cor 11:14, 2 cor 4:4. Among whom the god of this system of things has blinded the minds of the unbeliev-

3

ers. that the illumination of the glorious good news about the Christ, who is the image of God, might not shine through.

Those and all of them, whom seeks to call to the mind of voter for this purpose or scheme, Must and shall be investigated although they may or may not been educated by the schools or colleges here in United States for Possible of instrument of a conspiracy to overthrow the Government of the United States.

### Prayer.

That this complaint acts as a complaint for all purposes herein the administration of the Governor's office, Attorney General office, and the courts of the State of California, and United States District Court(s). Persuant to 28-USCA 1331, 1334, 1350. et seq. (18 USCA§ 2381-2386, smith act.) (Anti trust act Sherman 15 USCA § 1.).

### Conclusion.

I Tyrrall Forrow Cannon, is a United States Citizens. whom is a victim of the victim act of Prop. 8, 1982, Pen. Code 1192.7, 667(a)(b). and is being held, hold against my rights to make and enforce contracts as white People do. and a victim of a domestic terrorist Group, knowingly

4

intelligently, and also complained of.

I declare under Penalty and under the act of Punishment Pursuant to 28 USCA 1746(2), that the foregoing is true and correct by my under-signed and Date: May 18, 2008

Original Signature:
*Tyrall Hannon*
Complainant.

Respectfully Submitted.
*Tyrall Hannon*
Complainant.

///
///
///
T.F.C.

Exhibit #1 pg's 1-8.

December 26, 2007

0 7 - 0 1 0 0
Amdt. #1NS

**RECEIVED**

DEC 2 6 2007

INITIATIVE COORDINATOR
ATTORNEY GENERAL'S OFFICE

Krystal Paris, Initiative Coordinator
Office of the Attorney General
State of California
PO Box 994255
Sacramento, CA 94244-25550

Re: Request for Title and Summary for Victims' Bill of Rights Act of 2008:
Marsy's Law (AG Identification Number: 07-0100)

Dear Ms. Paris:

The initial proponent of the above-referenced initiative filed with your office on December 21, 2007 requests that the following three individuals be substituted as the proponents of the measure:

> Dr. Henry Nicholas
> Ms. Marcella Leach
> Ms. LaWanda Hawkins

Pursuant to Elections Code section 9004, we propose that this request be received as a technical, non-substantive amendment.

Each of the substituted proponents have executed the required signed statement under California Elections Code section 9608. The addresses as registered to vote of each of the substituted proponents are shown on Attachment 'A' to this letter.

Thank you for your time and attention to this important matter. Should you have any questions or require additional information, please contact the undersigned at 455 Capitol Mall, Suite 801, Sacramento, California 95814, phone (916) 442-7757.

Very Truly Yours,

Ashlee N. Titus

pg 1.

thousands of victims of crime who have experienced the additional pain and frustration of a criminal justice system that too often fails to afford victims even the most basic of rights.

3. The People of the State of California find that the "broad reform" of the criminal justice system intended to grant these basic rights mandated in the Victims' Bill of Rights initiative measure passed by the electorate as Proposition 8 in 1982, has not occurred as envisioned by the People. Victims of crime continue to be denied rights to justice and due process.

4. An inefficient, overcrowded, and arcane criminal justice system has failed to build adequate jails and prisons, has failed to efficiently conduct court proceedings, and has failed to expeditiously finalize the sentences and punishments of criminal wrongdoers. Those criminal wrongdoers are being released from custody after serving as little as 10 percent of the sentences imposed and determined to be appropriate by judges.

5. Each year hundreds of convicted murderers sentenced to serve life in prison seek release on parole from our state prisons. California's "release from prison parole procedures" torture the families of murdered victims and waste millions of dollars each year. In California convicted murderers are appointed attorneys paid by the tax dollars of its citizens, and these convicted murderers are often given parole hearings every year. The families of murdered victims are never able to escape the seemingly unending torture and fear that the murderer of their loved one will be once again free to murder.

6. "Helter Skelter" inmates Bruce Davis and Leslie Van Houghton, two followers of Charles Manson convicted of multiple brutal murders, have had 38 parole hearings during the past 30 years.

7. Like most victims of murder, Marsy was neither rich nor famous when she was murdered by a former boyfriend who lured her from her parents' home by threatening to kill himself. Instead he used a shotgun to brutally end her life when she entered his home in an effort to stop him from killing himself. Following her murderer's arrest, Marsy's mother was shocked to meet him at a local supermarket, learning that he had been released on bail without any notice to Marsy's family and without any opportunity for her family to state their opposition to his release.

8. Several years after his conviction and sentence to "life in prison," the parole hearings for his release began. In the first parole hearing, Marsy's mother suffered a heart attack fighting against his release. Since then Marsy's family has endured the trauma of frequent parole hearings and constant anxiety that Marsy's killer would be released.

9. The experiences of Marsy's family are not unique. Thousands of other crime victims have shared the experiences of Marsy's family, caused by the failure of our criminal justice system to notify them of their rights, failure to give them notice of important hearings in the prosecutions of their criminal wrongdoers, failure to provide them with an opportunity to speak and participate, failure to impose actual and just punishment upon their wrongdoers, and failure to extend to them some measure of finality to the trauma inflicted upon them by their wrongdoers.

2

appropriately *and thoroughly investigated, appropriately* detained in custody, *brought before the courts of California even if arrested outside the state*, tried by the courts *in a timely manner, sentenced*, and sufficiently punished so that the public safety is protected and encouraged as a goal of highest importance.

(5) *Victims of crime have a collectively shared right to expect that persons convicted of committing criminal acts are sufficiently punished in both the manner and the length of the sentences imposed by the courts of the State of California. This right includes the right to expect that the punitive and deterrent effect of custodial sentences imposed by the courts will not be undercut or diminished by the granting of rights and privileges to prisoners that are not required by any provision of the United States Constitution or by the laws of this state to be granted to any person incarcerated in a penal or other custodial facility in this state as a punishment or correction for the commission of a crime.*

(6) *Victims of crime are entitled to finality in their criminal cases. Lengthy appeals and other post-judgment proceedings that challenge criminal convictions, frequent and difficult parole hearings that threaten to release criminal offenders, and the ongoing threat that the sentences of criminal wrongdoers will be reduced, prolong the suffering of crime victims for many years after the crimes themselves have been perpetrated. This prolonged suffering of crime victims and their families must come to an end.*

(7) ~~Such~~ *Finally*, the People find and declare that the right to public safety extends to public *and private* primary, elementary, junior high, and senior high school, *and community college, California State University, University of California, and private college and university* campuses, where students and staff have the right to be safe and secure in their persons.

(8) To accomplish ~~these~~ *the* goals *it is necessary that the laws of California relating to the criminal justice process be amended in order to protect the legitimate rights of victims of crime.* ~~, broad reforms in the procedural treatment of accused persons and the disposition and sentencing of convicted persons are necessary and proper as deterrents to criminal behavior and to serious disruption of people's lives.~~

(b) *In order to preserve and protect a victim's rights to justice and due process, a victim shall be entitled to the following rights:*

(1) *To be treated with fairness and respect for his or her privacy and dignity, and to be free from intimidation, harassment, and abuse, throughout the criminal or juvenile justice process.*

(2) *To be reasonably protected from the defendant and persons acting on behalf of the defendant.*

(3) *To have the safety of the victim and the victim's family considered in fixing the amount of bail and release conditions for the defendant.*

(4) *To prevent the disclosure of confidential information or records to the defendant, the defendant's attorney, or any other person acting on behalf of the defendant, which could be used to locate or harass the victim or the victim's family or which disclose confidential communications made in the course of medical or counseling treatment, or which are otherwise privileged or confidential by law.*

4

3.

the parole of the offender, and to be notified, upon request, of the parole or other release of the offender.

(16) To have the safety of the victim, the victim's family, and the general public considered before any parole or other post-judgment release decision is made.

(17) To be informed of the rights enumerated in paragraphs (1) through (16).

(c) (1) A victim, the retained attorney of a victim, a lawful representative of the victim, or the prosecuting attorney upon request of the victim, may enforce the rights enumerated in subdivision (b) in any trial or appellate court with jurisdiction over the case as a matter of right. The court shall act promptly on such a request.

(2) This section does not create any cause of action for compensation or damages against the state, any political subdivision of the state, any officer, employee, or agent of the state or of any of its political subdivisions, or any officer or employee of the court.

(d) The granting of these rights to victims shall not be construed to deny or disparage other rights possessed by victims. The court in its discretion may extend the right to be heard at sentencing to any person harmed by the defendant. The parole authority shall extend the right to be heard at a parole hearing to any person harmed by the offender.

(e) As used in this section, a "victim" is a person who suffers direct or threatened physical, psychological, or financial harm as a result of the commission or attempted commission of a crime or delinquent act. The term "victim" also includes the person's spouse, parents, children, siblings, or guardian, and includes a lawful representative of a crime victim who is deceased, a minor, or physically or psychologically incapacitated. The term "victim" does not include a person in custody for an offense, the accused, or a person whom the court finds would not act in the best interests of a minor victim.

(f) In addition to the enumerated rights provided in subdivision (b) that are personally enforceable by victims as provided in subdivision (c), victims of crime have additional rights that are shared with all of the People of the State of California. These collectively held rights include, but are not limited to, the following:

(1) Right to Safe Schools. All students and staff of public primary, elementary, junior high, and senior high schools, *and community colleges, colleges, and universities* have the inalienable right to attend campuses which are safe, secure and peaceful.

~~(d)~~ (2) Right to Truth-in-Evidence. Except as provided by statute hereafter enacted by a two-thirds vote of the membership in each house of the Legislature, relevant evidence shall not be excluded in any criminal proceeding, including pretrial and post conviction motions and hearings, or in any trial or hearing of a juvenile for a criminal offense, whether heard in juvenile or adult court. Nothing in this section shall affect any existing statutory rule of evidence relating to privilege or hearsay, or Evidence Code Sections 352, 782 or 1103. Nothing in this section shall affect any existing statutory or constitutional right of the press.

~~(e)~~ (3) Public Safety Bail. A person may be released on bail by sufficient sureties, except for capital crimes when the facts are evident or the presumption great. Excessive bail may not be required. In setting, reducing or denying bail,

6

be examined by the board and shall have the opportunity to enter a written response to any material contained in the file.

(2) The prisoner shall be permitted to be present, to ask and answer questions, and to speak on his or her own behalf. *Neither the prisoner nor the attorney for the prisoner shall be entitled to ask questions of any person appearing at the hearing pursuant to subdivision (b) of Section 3043.*

(3) Unless legal counsel is required by some other provision of law, a person designated by the Department of Corrections shall be present to insure that all facts relevant to the decision be presented, including, if necessary, contradictory assertions as to matters of fact that have not been resolved by departmental or other procedures.

(4) The prisoner *and any person described in subdivision (b) of Section 3043* shall be permitted to request and receive a stenographic record of all proceedings.

(5) If the hearing is for the purpose of postponing or rescinding of parole dates, the prisoner shall have rights set forth in paragraphs (3) and (4) of subdivision (c) of Section 2932.

*(6) The board shall set a date to reconsider whether an inmate should be released on parole that ensures a meaningful consideration whether the inmate is suitable for release on parole.*

(b)(1) Within 10 days following any meeting where a parole date has been set, the board shall send the prisoner a written statement setting forth his or her parole date, the conditions he or she must meet in order to be released on the date set, and the consequences of failure to meet those conditions.

(2) Within 20 days following any meeting where a parole date has not been set ~~for the reasons stated in subdivision (b) of Section 3041~~, the board shall send the prisoner a written statement setting forth the reason or reasons for refusal to set a parole date, and suggest activities in which he or she might participate that will benefit him or her while he or she is incarcerated.

(3) The board shall ~~hear each case annually thereafter, except the board may~~ schedule the next hearing ~~no later than the following~~, *after considering the views and interests of the victim, as follows:*

(A) ~~Two years after any hearing at which parole is denied if the board finds that it is not reasonable to expect that parole would be granted at a hearing during the following year and states the bases for the finding.~~ *Fifteen years after any hearing at which parole is denied, unless the board finds by clear and convincing evidence that the criteria relevant to the setting of parole release dates enumerated in subdivision (a) of Section 3041 are such that consideration of the public and victim's safety does not require a more lengthy period of incarceration for the prisoner than ten additional years.*

(B) ~~Up to five years after any hearing at which parole is denied if the prisoner has been convicted of murder, and the board finds that it is not reasonable to expect that parole would be granted at a hearing during the following years and states the bases for the finding in writing. If the board defers a hearing five years, the prisoner's central file shall be reviewed by a deputy commissioner within three years at which time the deputy commissioner may~~

8

interests of the victim to determine whether to grant or deny a written request made pursuant to paragraph (1), and its decision shall be subject to review by a court or magistrate only for a manifest abuse of discretion by the board. The board shall have the power to summarily deny a request that does not comply with the provisions of this subdivision or that does not set forth a change in circumstances or new information as required in paragraph (1) that in the judgment of the board is sufficient to justify the action described in paragraph (4) of subdivision (b).

(3) An inmate may make only one written request as provided in paragraph (1) during each three year period. Following either a summary denial of a request made pursuant to paragraph (1), or the decision of the board after a hearing described in subdivision (a) to not set a parole date, the inmate shall not be entitled to submit another request for a hearing pursuant to subdivision (a) until a three-year period of time has elapsed from the summary denial or decision of the board.

Section 3043 of Article 3 of Chapter 8 of Title 1 of Part 3 of the Penal Code is amended to read:

§ 3043(a)(1) Upon request, notice of any hearing to review or consider the parole suitability or the setting of a parole date for any prisoner in a state prison shall be sent by the Board of ~~Prison Terms~~ Parole Hearings at least ~~30~~ 90 days before the hearing to any victim of ~~a~~ any crime committed by the prisoner, or to the next of kin of the victim if the victim has died, *to include the commitment crimes, determinate term commitment crimes for which the prisoner has been paroled, and any other felony crimes or crimes against the person for which the prisoner has been convicted.* The requesting party shall keep the board apprised of his or her current mailing address.

*(2) No later than 30 days prior to the date selected for the hearing, any person, other than the victim, entitled to attend the hearing shall inform the board of his or her intention to attend the hearing and the name and identifying information of any other person entitled to attend the hearing who will accompany him or her.*

*(3) No later than 14 days prior to the date selected for the hearing, the board shall notify every person entitled to attend the hearing confirming the date, time, and place of the hearing.*

(b)*(1)*The victim, next of kin, ~~two members~~ of the victim's ~~immediate family,~~ ~~or~~ *and* two representatives designated ~~for a particular hearing by the victim or, in the event the victim is deceased or incapacitated, by the next of kin in writing prior to the hearing~~ *as provided in paragraph (2) of this subdivision* have the right to appear, personally or by counsel, at the hearing and to adequately and reasonably express his, her, or their views concerning the prisoner and the case, including, but not limited to *the commitment crimes, determinate term commitment crimes for which the prisoner has been paroled, any other felony crimes or crimes against the person for which the prisoner has been convicted, the effect of the enumerated crimes on the victim and the family*

10

for protecting victims' rights in the parole process. Accordingly, to protect a victim from harassment and abuse during the parole process, no person paroled from a California correctional facility following incarceration for an offense committed on or after the effective date of this act shall, in the event his or her parole is revoked, be entitled to procedural rights other than the following:

(1) A parolee shall be entitled to a probable cause hearing no later than 15 days following his or her arrest for violation of parole.

(2) A parolee shall be entitled to an evidentiary revocation hearing no later than 45 days following his or her arrest for violation of parole.

(3) A parolee shall, upon request, be entitled to counsel at state expense only if, considering the request on a case-by-case basis, the board or its hearing officers determine:

(A) The parolee is indigent; and

(B) Considering the complexity of the charges, the defense, or because the parolee's mental or educational capacity, he or she appears incapable of speaking effectively in his or her own defense.

(4) In the event the parolee's request for counsel, which shall be considered on a case-by-case basis, is denied, the grounds for denial shall be stated succinctly in the record.

(5) Parole revocation determinations shall be based upon a preponderance of evidence admitted at hearings including documentary evidence, direct testimony, or hearsay evidence offered by parole agents, peace officers, or a victim.

(6) Admission of the recorded or hearsay statement of a victim or percipient witness shall not be construed to create a right to confront the witness at the hearing.

(b) The board is entrusted with the safety of victims and the public and shall make its determination fairly, independently, without bias and shall not be influenced by or weigh the state cost or burden associated with just decisions. The board must accordingly enjoy sufficient autonomy to conduct unbiased hearings, and maintain an independent legal and administrative staff. The board shall report to the Governor.

SECTION 6. NOTICE OF VICTIMS' BILL OF RIGHTS

Section 679.026 is added to Title 17 of Part 1 of the Penal Code to read:

Sec. 679.026. (a) It is the intent of the People of the State of California in enacting this section to implement the rights of victims of crime established in Section 28 of Article I of the California Constitution to be informed of the rights of crime victims enumerated in the Constitution and in the statutes of this state.

(b) Every victim of crime has the right to receive without cost or charge a list of the rights of victims of crime recognized in Section 28 of Article I of the California Constitution. These rights shall be known as "Marsy Rights."

(c)(1) Every law enforcement agency investigating a criminal act and every agency prosecuting a criminal act shall, as provided herein, at the time of

7.

The statutory provisions of this Act shall not be amended by the Legislature except by a statute passed in each house by roll-call vote entered in the journal, three-fourths of the membership of each house concurring, or by a statute that becomes effective only when approved by the voters. However, the Legislature may amend the statutory provisions of this Act to expand the scope of their application, to recognize additional rights of victims of crime, or to further the rights of victims of crime by a statute passed by a majority vote of the membership of each house.

SECTION 10.          RETROACTIVITY

The provisions of this Act shall apply in all matters which arise and to all proceedings held after the effective date of this Act.

8.

*Additional Page.*

PROOF OF SERVICE

Declaration of Service by Mail

I, Tyrrall F. Cannon, declare that I am over the age of eighteen (18) and that I (am/~~is not~~) a party to this action. On MAY, 2008, I deposited a copy of the following document(s):

Complaint. Victim of Ku Klux Klan Activities. 42 USCA 1985. / 18. USCA §§ 2381-2386. 5 pages. Plus Exhibit I.

in a sealed envelope with postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, California, and addressed as follows:

U.S. District Court. Chief Justice.
333 Constitutional Ave. N.W.
Washington DC. 20540.

U.S. Dept of Justice.
F.B.I. Chief.
930 Pennsylvania Ave.
Washington DC. 20031.

Director.
Central Intelligence Agency.
Washington DC. 20001.

U.S. District Court.
Southern District.
San Diego, Calif.

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)). Also: To: Krystal Paris, Initiative Coordinator. Office of the Attorney General. State of Calif. P.O. Box 994255. Sacramento, CA. 94244-2550.

Date: May, 2008   Signature: Tyrall Cannon

PROOF OF SERVICE

Declaration of Service by Mail

1. I, Tyrrall Farrow Cannon declare that I am over the age of eighteen (18) and that I (am/~~are not~~) a party to this action. On MAY, 2008, I deposited a copy of the following document(s): Complaint, victim of Ku Klux Klan activities. 42 USCA 1985. / 18 USCA 2381-2386. 5 pages, plus Exhibit 1.

in a sealed envelope with postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, California, and addressed as follows:

U.S. Attorney General.
Michael Mukasy.
950 Pennsylvania Ave. NW.
Washington DC. 20541.

Mayor's offices: San Diego County. Orange County. Riverside County. Los Angeles County. San Bernardino County.

U.S. Supreme Court
Justice(s) Chief.
1st. First Street NW.
Washington DC. 20001.

President of the United State.
1600 Pennsylvania Ave.
Washington DC. 20001.

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)). Also: Ashlee N. Titus, 455 Capitol Mall, Ste 801, Sacramento Calif. 95814.

Date: MAY 2008    Signature Tyrrall Hanson

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
85 34769

# PROOF OF SERVICE

## Declaration of Service by Mail

I, Tyrrall F. Cannon, declare that I am over the age of eighteen (18) and that I (am/~~am not~~) a party to this action. On May 18, 2008, I deposited a copy of the following document(s):

Complaint, Smith Act, Sherman Act, enter alia.

In a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at _____ State Prison, in _____, California, and addressed as follows:

Los Angeles County
Board of Supervisors.
Hall of Administration
500 W Temple St.
Los Angeles, Calif. 90012.

Orange County Board
of Supervisors.
10 Civic Center Plaza
Santa Ana. CA. 92701.

Riverside County Board
of Supervisors
4080 Lemon St.
Riverside CA. 92502.

San Diego County Board
of Supervisors
1600 Pacific
San Diego, CA. 92101.

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE May 18 2008        SIGNATURE Tyrrall Cannon

# PROOF OF SERVICE

## Declaration of Service by Mail

I, _Tyrrall F. Cannon_, declare that I am over the age of eighteen (18) and that I (am/~~are not~~) a party to this action. On _MAY 18_, _2008_, I deposited a copy of the following document(s):

_Complaint. 42 USCA 1985. / 18 USCA 8 238)._

In a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at _____ State Prison, in _____, California, and addressed as follows:

U.S. Courthouse
880 Front St Rm 4290.
San Diego, CA. 92101.

Sante Ana.
U.S. Courthouse.
411 W. Fourth St.
Santa Ana. CA. 92701.

U.S. Court house.
Central District
312 N. Spring St. #G-8 Los Angeles Calif. 90012

Riverside U.S. Courthouse
3470 Twelfth St.
Riverside CA. 92501.

Fresno. U.S. Courthouse
2500 Tulare Street. #1501
Fresno CA. 93721.

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE _May 18 2008_    SIGNATURE _Tyrrall Cannon_

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Tyrrall Farrow Cannon

**DEFENDANTS**

Knights of the KKK, et al

2254  1983
FILING FEE PAID
Yes ___ No ___
IFP MOTION FILED
Yes ___ No ___
COPIES SENT TO
Court  Press

FILED
MAY 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Riverside
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Tyrrall Farrow Cannon
PO Box 2199
Blythe, CA 92226
T-91710

ATTORNEYS (IF KNOWN)

'08 CV 0834 L JMA

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE ___ Docket Number ___

DATE  5/20/2008

SIGNATURE OF ATTORNEY OF RECORD

R. Muller