# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRRALL FARROW CANNON, CDCR #T-91710;<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>KNIGHTS OF THE KU KLUX KLAN, et al.,<br><br>　　　　　　　　　Defendants. | Civil No.   08cv0834 L (JMA)<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO PAY FILING FEE OR MOVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a)** |

Plaintiff, a state inmate currently incarcerated at Ironwood State Prison located in Blythe, California and proceeding pro se, has filed what appears to be a civil rights Complaint.

**I.    Failure to Pay Filing Fee or Request IFP Status**

All parties instituting any civil action, suit or proceeding in a district court of the United States, other than a writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

////

////

1      Here, Plaintiff has neither prepaid the $350 filing fee required to commence this action,
2 nor has he submitted a Motion to Proceed IFP.  Therefore, this action is subject to immediate
3 dismissal pursuant to 28 U.S.C. § 1914(a).

4 **II**.    **Conclusion and Order**

5      For the reasons set forth above, the Court hereby:

6      (1)    **DISMISSES** this action sua sponte without prejudice for failing to pay the $350
7 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

8      (2)    **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is "Filed"
9 to:  (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to proceed
10 IFP which includes a certified copy of his trust account statement for the 6-month period
11 preceding the filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2) and S.D. CAL. CIVLR
12 3.2(b).

13      **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with the
14 Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma*
15 *Pauperis*."  If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the
16 attached Motion to Proceed IFP within that time, this action shall remain dismissed without
17 prejudice and without further Order of the Court.

18      **IT IS SO ORDERED.**

19

20 DATED:  June 5, 2008

21                                    _____
                                       M. James Lorenz
22                                    United States District Court Judge