Tyrrall Farrow Cannon
**PLAINTIFF/PETITIONER/MOVANT'S NAME**

CDCR # T-91710
**PRISON NUMBER**

Ironwood State Prison
**PLACE OF CONFINEMENT**

P.O. Box 2199
Blythe, California 92226
**ADDRESS**

FILED
JUL 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Tyrrall Farrow Cannon,
Plaintiff/Petitioner/Movant

v.

Knights of the Ku Klux Klan, et al.,
Defendant/Respondent

Civil No. 08-CV-0834 L (JMA)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Tyrrall Farrow Cannon, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes  ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration Ironwood State Prison.
    Are you employed at the institution?             ☐ Yes ☒ No
    Do you receive any payment from the institution? ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
    _____
    _____
    _____

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _2002, 4200.00 Monthly Hamilton Pools Company, West Covina California_
    _____

3. In the past twelve months have you received any money from any of the following sources?:
    a. Business, profession or other self-employment        ☐ Yes ☒ No
    b. Rent payments, royalties interest or dividends        ☐ Yes ☒ No
    c. Pensions, annuities or life insurance                       ☐ Yes ☒ No
    d. Disability or workers compensation                        ☐ Yes ☒ No
    e. Social Security, disability or other welfare              ☐ Yes ☒ No
    e. Gifts or inheritances                                                ☐ Yes ☒ No
    f. Spousal or child support                                          ☐ Yes ☒ No
    g. Any other sources                                                   ☐ Yes ☒ No

    If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._Indian Tribal Land. Pima Indians. U.S. Indian Bureau._
    _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s):_____
    b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s):_____
    b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
    a. Make:_____ Year:_____ Model:_____
    b. Is it financed? ☐ Yes ☐ No
    c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _None_

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _Court sentenced order restitutions._

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _None_

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _Incarcerated_

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_June/11/2008_
DATE

_Tyrnall Hanner_
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(**Incarcerated applicants only**)
(To be completed by the institution of incarceration)

I certify that the applicant _Cannon, Tyrrall_,
(NAME OF INMATE)

_T91710_,
(INMATE'S CDC NUMBER)

has the sum of $ _0_ on account to his/her credit at _Ironwood State Prison_.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _None_

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ _0_,

and the *average monthly deposits* to the applicant's account was $ _0_.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_6/26/08_
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_Trudy Stanley_
OFFICER'S FULL NAME (PRINTED)

_Acct. T. Supv_
OFFICER'S TITLE/RANK

CIV-67 (Rev. 4/06)            C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _____, request and authorize the agency holding me in
   (Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____    _____
                  DATE                                                            SIGNATURE OF PRISONER

```
REPORT ID: TS3030   .701                              REPORT DATE: 06/24/08
                                                      PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           IRONWOOD STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 24, 2008

ACCOUNT NUMBER : T91710                 BED/CELL NUMBER: DFB100000000110L
ACCOUNT NAME   : CANNON, TYRRALL FARROW    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
 ---------   -----------   ------------   -----------   ---------   ------------
    0.00         0.00          0.00          0.00         0.00          0.00


                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                      ---------
                                                         0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: *JRoyer 6/24/08*
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE

CERTIFICATE OF FUNDS
IN
PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy the prisoner's trust account statement showing transactions of;

**CANNON, TYRRALL  T91710** for the last six months at

**IRONWOOD STATE PRISON**  where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0.00 and the average balance in the prisoner's account each for the most recent 6-month period was $ 0.00.

Dated 06/24/08                           _____
                                          Authorized Officer of the Institution