# UNITED STATES DISTRICT COURT

### Southern District of California

Tyrrall Farrow Cannon

                    Plaintiff,

v.

Knights of the Ku Klux Klan, et al.

                    Defendant.

Case No.: 3:08–cv–00834–L–JMA

Judge  M. James Lorenz

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court hereby DENIES Plaintiffs Motion to Proceed In Forma Pauperis as barred by 28 U.S.C. § 1915(g), and DISMISSES this action without prejudice pursuant to 28 U.S.C. § 1914(a) for failing to prepay the $350 filing fee. Plaintiff is hereby notified that he may no longer proceed IFP in any federal district or appellate court pursuant to 28 U.S.C. § 1915(a) while he is incarcerated unless he is in imminent danger of serious physical injury.

W. Samuel Hamrick, Jr.,
Clerk of the Court

Date: 8/15/08

By: s/ M. Jenkins, Deputy Clerk

ENTERED ON: August 15, 2008